# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GENE EDWARD SCOTT II**                                                                                     **PLAINTIFF**

**v.**                              **Case No. 4:17-cv-445 KGB**

**DEPARTMENT OF EDUCATION**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, the Court dismisses this action without prejudice.

It is so adjudged this the 12th day of October, 2017.

_____
Kristine G. Baker
United States District Judge